■ THE APPAREL CORPORATION (FAR EAST), Respondent, v H.J.M. INT'L CORP., Doing Business as H.J.M. INTERNATIONAL INC., Appellant, et al., Defendants. [975 NYS2d 881]—Order, Supreme Court, New York County (Charles E. Ramos, J.), entered May 16, 2012, which, insofar as appealed from as limited by the briefs, denied defendant H.J.M. Int'l Corp.'s motion to dismiss the first and second causes of action as against it, unanimously reversed, on the law, with costs, and the motion granted.

The very bills of lading on which the first and second causes of action are based conclusively establish H.J.M.'s defense to those causes of action (*see Goshen v Mutual Life Ins. Co. of N.Y.,* 98 NY2d 314, 326 [2002]). The bills of lading fail to show that H.J.M. had anything to do with the shipments they describe. Concur—Tom, J.P., Friedman, Acosta, Moskowitz and Gische, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIHALY KOVACSEZICS, Appellant. [977 NYS2d 663]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Charles S. Solomon, J.), rendered on or about April 3, 2012, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur— Tom, J.P., Friedman, Acosta, Moskowitz and Gische, JJ.